# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-1855
LT Case No. 42-2021-DP-000095
_____

S.V., MOTHER OF E.V., J.V., R.V.,
T.V., and C.V., CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy Morris Youmans, Judge.

Carl New, Ocala, for Appellant.

Rachel Batten, of Department of Children and Families,
Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division,
of, Statewide Guardian ad Litem, Tallahassee, and Allison
J. McCabe, of Statewide Guadian ad Litem Office Defending
Best Interests, Port Orange, for Statewide Guardian ad
Litem.

November 26, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––